MARGARETHA ECKHARDT, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

*Eckhardt* v. *City of Buffalo,* 19 App. Div. 1, affirmed.
(Argued April 20, 1898; decided May 10, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 24, 1897, reversing a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term, and granting a new trial.

*James L. Quackenbush* for appellant.

*Philip A. Laing* for respondent.

Order affirmed and judgment absolute ordered against defendant on the stipulation, with costs; no opinion.
All concur.

---

CHARLES F. HUIE, Respondent, *v.* HENRY ALLEN et al., Appellants.

*Huie* v. *Allen,* 87 Hun, 516, affirmed.
(Submitted April 20, 1898; decided May 10, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fifth judicial department, entered June 22, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Frank Brundage* for appellants.

*Simon Fleischmann* for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur.